STATE OF NORTH CAROLINA v. MICHAEL RAY McDANIELS

No. 331A91

(Filed 5 March 1992)

APPEAL pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 103 N.C. App. 175, 405 S.E.2d 358 (1991), affirming the judgment of *Stephens, J.*, at the 4 June 1990 Criminal Session of Superior Court, WAKE County. Heard in the Supreme Court 12 February 1992.

*Lacy H. Thornburg, Attorney General, by Francis W. Crawley, Special Deputy Attorney General, for the State.*

*Cheshire, Parker, Hughes & Manning, by George B. Currin, for defendant-appellant.*

*David F. Tamer for North Carolina Civil Liberties Union, amicus curiae.*

PER CURIAM.

Affirmed.